OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
07 AUG -6 PM 1:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

August 2nd, 2007

Northern District of Alabama
United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Re: MDL 1699 In re Bextra & Celebrex Marketing, Sales Practices & Products Liability Lit.

Title of Case(s)
*James Darty -v- G.D. Searle, LLC, et al.*

Your Case Number(s)
C.A. No. 2:07-671

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Simone Voltz

If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to SFmdl_Clerk@cand.uscourts.gov, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*Simone Voltz*

By: Simone Voltz
Deputy Clerk

Encl.

Case 3:07-cv-05399-CRB   Document 1-4   Filed 10/23/2007   Page 2 of 5

**A CERTIFIED TRUE COPY**

AUG 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
07 AUG -6 PM 1:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2007

FILED
CLERK'S OFFICE

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

James Darty v. G.D. Searle, LLC, et al.,  )
   N.D. Alabama, C.A. No. 2:07-671 - SLB  )
Tammy Shea Brady, etc. v. Pfizer Inc., et al.,  )
   W.D. Kentucky, C.A. No. 3:07-206  )

MDL No. 1699

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in these two actions move pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its order conditionally transferring the actions to the Northern District of California for inclusion in MDL No. 1699. Defendants[1] oppose the motions.

After considering all counsel's argument, we find that these actions involve common questions of fact with actions in this litigation previously transferred to the Northern District of California, and that transfer of these actions to the Northern District of California for inclusion in MDL No. 1699 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Northern District of California was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects arising from the ingestion of Bextra and/or Celebrex as well as claims relating to the sales and marketing of these prescription medications. *See In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, 391 F.Supp.2d 1377 (J.P.M.L. 2005).

The parties can present any pending motions for remand to state court to the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judge Scirica took no part in the disposition of this matter.

[1] Pfizer Inc., Pharmacia Corp. f/k/a Monsanto Co., and G.D. Searle LLC.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date 8/2/07

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Charles R. Breyer for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

                PANEL ON MULTIDISTRICT LITIGATION

                John G. Heyburn II
                Chairman

D. Lowell Jensen         J. Frederick Motz
Robert L. Miller, Jr.       Kathryn H. Vratil
David R. Hansen          Anthony J. Scirica*

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

August 2, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:   MDL-1699 -- IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

*James Darty v. G.D. Searle, LLC, et al.,* N.D. Alabama, C.A. No. 2:07-671
*Tammy Shea Brady, etc. v. Pfizer Inc., et al.,* W.D. Kentucky, C.A. No. 3:07-206

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a transfer order filed today by the Panel in the above-captioned matter. The order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Mecca S. Thompson
Mecca S. Thompson
Deputy Clerk

Enclosures/Attachment

cc:   Transferee Judge:  Judge Charles R. Breyer
      Transferor Judges: Judge Sharon Lovelace Blackburn; Judge Jennifer B. Coffman
      Transferor Clerks: Jeffrey A. Apperson; Perry D. Mathis

JPML Form 29

INVOLVED COUNSEL LIST
MDL NO. 1699
IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Jeffrey K. Branstetter
Blanton & Branstetter, LLC
705 Meigs Avenue
Jeffersonville, IN 47130

Carol Dan Browning
Stites & Harbison, PLLC
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

David Bryan Gazak
Darby & Gazak, P.S.C.
3220 Office Pointe Place
Suite 200
Louisville, KY 40220

G. Steven Henry
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Amy W. Schulman
DLA Piper
1251 Avenues of the Americas
45th Floor
New York, NY 10020-1104

Navan Ward, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103