TRANSFERRED MDL

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00671-SLB

Darty v. G.D. Searle, LLC et al
Assigned to: Chief Judge Sharon Lovelace Blackburn
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/12/2007
Date Terminated: 08/08/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**James Darty**     represented by **Andy D Birchfield, Jr**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
1-334-269-2343
Email: andy.birchfield@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald B Taylor, Jr**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P.O. Box 4160
Montgomery, AL 36103-4160
205-269-2343
Fax: 334-954-7955
Email: jerry.taylor@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Navan Ward, Jr**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
234 Commerce Street
PO Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: navan.ward@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

| | | |
|---|---|---|
| **G.D. Searle, LLC** | represented by | **G Steven Henry**<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC<br>SouthTrust Tower, Suite 1600<br>420 North 20th Street<br>Birmingham, AL 35203-5202<br>328-0480<br>Fax: 322-8007<br>Email: shenry@bakerdonelson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence B Clark**<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ<br>Suite 1600 Wachovia Tower<br>420 20th Street North<br>Birmingham, AL 35203<br>205-328-0480<br>Fax: 205-322-8007<br>Email: lclark@bakerdonelson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Pharmacia Corporation** | represented by | **G Steven Henry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence B Clark**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Monsanto Company** | represented by | **G Steven Henry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence B Clark**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| Pfizer, Inc | represented by | **G Steven Henry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence B Clark**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

Joseph Gagliano

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2007 | 1 | NOTICE OF REMOVAL by Pharmacia Corporation, Monsanto Company, Pfizer, Inc, G.D. Searle, LLC, Pharmacia Corporation, Monsanto Company, Pfizer, Inc, G.D. Searle, LLC from Jefferson County, case number 07-900314. ( Filing fee $ 350 rec # 200 235549) (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9)(KAM, ) (Entered: 04/17/2007) |
| 04/18/2007 | 2 | MOTION to Remand to State Court *Motion to Remand* by James Darty. (Ward, Navan) (Entered: 04/18/2007) |
| 04/18/2007 | 3 | RESPONSE in Support re 2 MOTION to Remand to State Court *Motion to Remand Plaintiff's Brief in Support of Motion to Remand* filed by James Darty. (Attachments: # 1 Exhibit Exhibit "1"# 2 Exhibit Exhibit "2"# 3 Exhibit Exhibit "3"# 4 Exhibit Exhibit "4"# 5 Exhibit Exhibit "5"# 6 Exhibit Exhibit "6"# 7 Exhibit Exhibit "7"# 8 Exhibit Exhibit "8"# 9 Exhibit Exhibit "9"# 10 Exhibit Exhibit "10"# 11 Exhibit Exhibit "11"# 12 Exhibit Exhibit "12"# 13 Exhibit Exhibit "13"# 14 Exhibit Exhibit "14"# 15 Exhibit Exhibit "15"# 16 Exhibit Exhibit "16"# 17 Exhibit Exhibit "17"# 18 Exhibit Exhibit "18"# 19 Exhibit Exhibit "19"# 20 Exhibit Exhibit "20"# 21 Exhibit Exhibit "21"# 22 Exhibit Exhibit "22"# 23 Exhibit Exhibit "23"# 24 Exhibit Exhibit "24"# 25 Exhibit Exhibit "25"# 26 Exhibit Exhibit "26")(Ward, Navan) (Entered: 04/18/2007) |
| 04/18/2007 | 4 | Opposition to re 1 *Plaintiffs Opposition to Defendants Motion To Stay All Proceedings Pending Transfer To Multi-District Litigation Proceeding* filed by James Darty. (Attachments: # 1 Exhibit Exhibit "1"# 2 Exhibit Exhibit "2"# 3 Exhibit Exhibit "3"# 4 Exhibit Exhibit "4")(Ward, Navan) (Entered: 04/18/2007) |
| 04/18/2007 | 5 | ANSWER to Complaint with jury demand by Pharmacia Corporation, Monsanto Company, Pfizer, Inc, G.D. Searle, LLC.(deemed filed 4/12/07)(KAM, ) (Entered: 04/18/2007) |
| 04/18/2007 | 6 | MOTION to Stay by Pharmacia Corporation, Monsanto Company, Pfizer, Inc, G.D. Searle, LLC. (KAM, ) (Entered: 04/18/2007) |
| | | |

| | | |
|---|---|---|
| 04/25/2007 | 7 | Corporate Disclosure Statement by Pharmacia Corporation, Monsanto Company, Pfizer, Inc, G.D. Searle, LLC. (Henry, G) (Entered: 04/25/2007) |
| 05/31/2007 | 8 | MOTION to Expedite *Ruiling on Motion for Remand* by James Darty. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Ward, Navan) (Entered: 05/31/2007) |
| 08/06/2007 | 9 | ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the Northern District of California for inclusion in MDL 1699; copy of docket entries and documents requested by transferee clerk to be e-mailed to SFmdl_Clerk@cand.uscourts.gov (BST) (Entered: 08/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/22/2007 16:20:05 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-00671-SLB |
| Billable Pages: | 2 | Cost: | 0.16 |